AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
Northern District of New York

**UNITED STATES OF AMERICA**
**v.**
**DYLAN DANIELL,**

**Defendant.**

Case No. 5:26-mj-232 (MJK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of October 7, 2026, in the county of Jefferson in the Northern District of New York, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening a Federal law enforcement officer with intent to impede, intimidate, or interfere |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

Douglas Soika

*Complainant's signature*

Douglas Soika, Special Agent, FBI

*Printed name and title*

Attested to by the affiliant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: October 8, 2026

Mitchell J Katz
Digitally signed by Mitchell J Katz
Date: 2026.10.08 19:03:02 -04'00'

*Judge's signature*

City and State: Syracuse, NY

Hon. Mitchell J. Katz, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Douglas Soika, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging Dylan DANIELL ("DANIELL") with a violation of 18 U.S.C. § 115(a)(1)(B) (threatening a federal law enforcement officer) (the Subject Offense), as more fully described below.

2. I am a Special Agent employed by the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and as such I am an "investigative or law enforcement officer" of the United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Chapter 63. I have been a Special Agent with the FBI since 2005. I am currently assigned to the FBI's Albany Division where I investigate all federal criminal violations including drug violations and violent crimes. During the investigation of these cases, I participated in the execution of search warrants and seized evidence of these violations, including electronic evidence. I have also previously served on numerous occasions as the affiant for such search warrants. In addition, I have received formal training in the area of violent crimes.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause to believe that DANIELL has committed the Subject Offense as described herein.

## PROBABLE CAUSE

4. On or about July 27, 2026, the FBI was contacted by the Lakewood Township Police Department regarding alleged threats of violence against Nonprofit A, which were communicated by phone on May 17, 2026. As reflected on its website, Nonprofit A is a registered nonprofit Jewish charity organization based in Lakewood, New Jersey. According to the Lakewood Police Department, Nonprofit A received several disturbing phone calls, where the caller made comments directed at the Jewish community, from telephone 315-586-5940. These calls were recorded. Based on my listening to the voice on the recordings, I believe that the same male caller made each of these calls, which are described below:

a. In one call, the male caller said, in sum and substance, "I would like to put all the Jews in a gas chamber and kill them, is that okay?"

b. In another call, the male caller said, in sum and substance, "I would like to blow up Israel and kill all the Jews," "can I blow up the Jews and kill all the fu**ing Jews, and blow-up Israel?" and "you motherfu**ers are robbing hard innocent Americans, what the fu**s wrong with you?"

c. In the third call, the male caller said, in sum and substance, "um, I would like to kill Benjamin Netanyahu and all the Jews."

5. FBI identified DYLAN DANIELL as the likely user of phone number 315-586-5940. First, law enforcement database checks, conducted on July 24, 2026, determined that 315-586-5940 was associated with Dylan DANIELL, residing at 36348 Penet Square Drive, Apt 103, LaFargeville NY. Second, law enforcement entered phone number 315-586-5940 into CashApp, which associated it with an account with the display name Dylan DANIELL.

6. On October 7, 2026, at approximately 12:00 p.m., 2 FBI Special Agents (SA1 and SA2) attempted to interview Dylan DANIELL at his residence located at 36380 Penet Square Dr, APT 103, LaFargeville, NY 13656. The purpose of the interview was to obtain additional information regarding the disturbing calls to Nonprofit A, in accordance with the agents' official duties.

7. DANIELL initially was not present at his residence when the agents arrived. SA1 and SA2 each placed telephone calls to phone number 315-586-5940 in an attempt to reach him.

8. According to SA1 and SA2: At approximately 12:30 p.m., SA1 observed a vehicle matching the description of DANIELL's vehicle[1] pull into a parking space next to SA1's government vehicle. The agents recognized the driver of the vehicle as DANIELL based on their comparison to DANIELL driver's license photograph. The agents observed DANIELL as he got out of his vehicle accompanied by an adult female, a dog, and an infant child. The agents approached DANIELL, introduced themselves, and identified themselves as Special Agents of the Federal Bureau of Investigation (FBI). According to SA1 and SA2, DANIELL responded by laughing and stating, in sum and substance, "Fuck you guys and fuck the FBI," and "Get the fuck out of here I'd never talk to you." DANIELL continued, saying, "suck my dick, only good cop is a dead cop" and "get the fuck out of here before I pull something out on you." DANIELL then walked away from the Agents. The Agents departed the parking lot and apartment complex area.

9. Later that day, at approximately 4:00 p.m., SA1 received a text message from telephone number 315-586-5940. A screenshot of the message is below:

---

[1] Prior to the encounter with DANIELL, the Agents obtained a description of DANIELL's vehicle from a witness on scene who is familiar with the vehicles used by individuals at the apartment complex.




## CONCLUSION

10. Based on the foregoing, there is probable cause to believe that Dylan DANIELL has violated 18 U.S.C. § 115(a)(1)(B) (threatening a federal law enforcement officer). I respectfully request that a criminal complaint be authorized and an arrest warrant be issued accordingly.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

Douglas Soika, Special Agent
Federal Bureau of Investigation

I, the Honorable Mitchell J. Katz, United States Magistrate Judge, hereby acknowledge that this affidavit was attested to by the affiant by videoconference on October 8, 2026, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Digitally signed by Mitchell J Katz
Date: 2026.10.08 19:02:36 -04'00'

Hon. Mitchell J. Katz
United States Magistrate Judge